JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARY ANGLITA HENSCHEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN FARMLAND SUPPLY OF BARRY COUNTY, LLC, a corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. CV 12-3512 MWF (PJWx)<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br><br>Trial Date:　　None Set |

Pursuant to the Stipulation of Dismissal with Prejudice executed by all parties, and good cause existing, **IT IS SO ORDERED THAT**:

1.　All claims brought by plaintiff Mary Anglita Henschel are dismissed with prejudice; and

2.　All parties are to bear their own attorneys fees and costs.

Dated:　September 7, 2012

　　　　　　　　　　　　　　　　　　　　　　Hon. Michael W. Fitzgerald
　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court